Melvyn D. Silver - S.B. #48674
LAW OFFICES OF SILVER & TAUBE
300 South First Street, Suite 205
San Jose, California 95113
Telephone: (408) 298-9755
Facsimile:  (408) 298-9699

Attorneys for Plaintiff

FILED

JUL 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMENE AGGOUN, | CASE NO.: C05-00206 JF |
| Plaintiff, | NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE |
| vs. | (FRCP 41 (A)(1)(ii)) |
| CATAPULT COMMUNICATIONS CORPORATION LONG TERM DISABILITY PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

In accordance with FRCP 41 (a)(1)(ii), the parties to this action, having settled the action at mediation, hereby agree to dismissal of the action with prejudice.

Dated: July 5th, 2005

LAW OFFICES OF SILVER & TAUBE

Melvyn D. Silver, Atty. for Plaintiff

SEYFARTH SHAW

Dated: 7/5/05

Carolyn Knox, Atty. For Defendants

DATED: 7-15-05

IT IS SO ORDERED

JEREMY FOGEL
U.S. DISTRICT JUDGE

STIPULATION FOR DISMISSAL-
AGGOUN vs. CATAPULT COMMUNICATIONS, et al. - CASE NO. C05-00206 JF